UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LIONEL CARPENTER,<br><br>Petitioner,<br><br>v.<br><br>MARCUS POLLARD, Warden,<br><br>Respondent. | No. 2:20-cv-0908 WBS KJN P<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

      By order filed May 29, 2020, petitioner was advised that in order to commence an action, he must file a petition for writ of habeas corpus as required by Rule 3 of the Rules Governing Section 2254 cases.  (ECF No. 8 at 1.)  The court will not issue any orders granting or denying relief until an action has been properly commenced.  (Id.)  Petitioner was granted sixty days in which to file a petition for writ of habeas corpus.[1]  Petitioner filed a motion to proceed in forma pauperis.  But sixty days have now passed, and petitioner has not filed a petition or other pleading.  Petitioner has also not responded to the court's order.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

---

[1] Petitioner was also advised that "[b]y setting this deadline, the court makes no finding or representation that the petition is not subject to dismissal as untimely.  See Sossa v. Diaz, 729 F.3d 1225, 1231-35 (9th Cir. 2015)."  (ECF No. 8 at 2 n.1.)  In addition, petitioner was informed about the one-year statute of limitations.  (ECF No. 8 at 2.)

1

1    These findings and recommendations are submitted to the United States District Judge
2 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
3 after being served with these findings and recommendations, petitioner may file written
4 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
5 Findings and Recommendations."  Petitioner is advised that failure to file objections within the
6 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
7 F.2d 1153 (9th Cir. 1991).
8 Dated:  August 11, 2020

/carp0908.nop.fr

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE