UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LIONEL CARPENTER,<br><br>Petitioner,<br><br>v.<br><br>MARCUS POLLARD, Warden,<br><br>Respondent. | No. 2:20-cv-0908 WBS CSK P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se. On July 1, 2024, petitioner filed a timely motion for thirty day extension of time to file objections to the Court's June 18, 2024, findings and recommendations. This is petitioner's first request for an extension of time. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 54) is granted; and

2. Petitioner shall file objections within thirty days from the date of this order.

Dated: July 3, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/carp0908.111