UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID LIONEL CARPENTER,

    Petitioner,

    v.

MARCUS POLLARD, Warden,

    Respondent.

No. 2:20-cv-0908 WBS CSK P

ORDER

Petitioner, a state prisoner proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 18, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Following an extension of time, petitioner filed objections to the findings and recommendations. (ECF No. 56.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 53) are adopted in full;

2. Petitioner's application for a writ of habeas corpus is denied;

3. The Clerk of the Court is directed to close this case; and

4. For the reasons set forth in the magistrate judge's thoroughly reasoned findings and recommendations, the court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated: August 29, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/carp0908.805.hc